IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KELLI J. THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:10cv221 |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC., *et al.*, | ) |
| Defendants. | ) |

## DISMISSAL ORDER

ON THIS DAY, came the Plaintiff Kelli J. Thomas ("Thomas") and requested that the Court enter an Order pursuant to Fed. R. Civ. P. 41(a) dismissing Defendant Marauder Corporation ("Marauder") from this action without prejudice.

Based on the Thomas' request, the Court hereby ORDERS, ADJUDICATES, and DECREES the following:

Thomas' Amended Complaint against Marauder is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

ENTERED: JUN 1 1 2010

/s/
James R. Spencer
Chief United States District Judge



I ask for this:

_____
Jason C. Roper, Esquire (VSB #45814)
JASON C. ROPER, P.L.C.
Lynnhaven Station Building
101 N. Lynnhaven Road, Suite 104
Virginia Beach, Virginia 23452
Telephone:   (757) 226-9646
Facsimile:   (757) 486-4858
Cellular:     (757) 407-8020
jcroper@roperlaw.org

Counsel for Plaintiff Kelli J. Thomas