IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| KELLI J. THOMAS,    )<br>             )<br>        Plaintiff,    )<br>             )<br>    v.          )<br>             )<br>ACCOUNTS RECEIVABLE   )<br>MANAGEMENT, INC., *et al.*,  )<br>             )<br>        Defendants.   )<br>_____) | Civil Action No. 8:10cv3001 |

## DISMISSAL ORDER

ON THIS DAY, Plaintiff Kelli J. Thomas ("Thomas") and Accounts Receivable Management, Inc. ("ARM") came before the Court and represented that they had reached a settlement of the claims made by Thomas against ARM in her Amended Complaint.

Based on the parties' representations to the Court, the Court hereby ORDERS, ADJUDICATES, and DECREES the following:

Thomas' Amended Complaint against ARM is DISMISSED WITH PREJUDICE.

ENTERED: 12 / 10 / 2010

By: _____
Honorable Roger W. Titus
District Court Judge

1