IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| KELLI J. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:10-cv-3001-RWT |
| | ) | |
| NATIONAL CREDIT SOLUTIONS, LLC, *et al.* | ) ) | |
| | ) | |
| Defendants. | ) | |

### DISMISSAL ORDER

THIS DAY CAME Plaintiff Kelli J. Thomas ("Thomas") and Defendant National Credit Solutions, LLC ("NCS"), by counsel, to represent to the Court that they have reached a settlement of all claims made by Thomas against NCS in the above-styled civil action and to move the Court to dismiss the above-styled civil action with prejudice as to NCS only.

UPON CONSIDERATION of the representations of counsel and for other good cause shown, the Court hereby ORDERS, ADJUDGES, and DECREES that this civil action is DISMISSED with prejudice as to NCS only.

ENTERED: 4/20/2011

_____
Honorable Roger W. Titus
District Court Judge