**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **KELLI J. THOMAS,** | * | |
| Plaintiff, | * | |
| | * | Case No.: RWT 10cv3001 |
| v. | * | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | * | |
| Defendant. | * | |

**SETTLEMENT ORDER**

**(LOCAL RULE 111)**

This Court has been advised by the parties that the above action has been settled, including all counter-claims, cross-claims, third-party claims and attorney's fees, if any. Accordingly, pursuant to Local Rule 111, it is this 8th day of June, 2011, by the United States District Court for the District of Maryland,

**ORDERED** that this action is **DISMISSED** with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is **WITHOUT PREJUDICE** to the right of a party to move for good cause within **60 days** to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be **WITH PREJUDICE;** and it is further

**ORDERED,** that the telephone status conference scheduled for June 8, 2011 at 4:30 p.m. is **CANCELLED**; and it is further

**ORDERED** that the Clerk of Court serve copies of this Order, by United States mail, upon the attorneys of record for the parties appearing in this case.

                                                /s/
                                     ROGER W. TITUS
                         UNITED STATES DISTRICT JUDGE